IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | 2:99-CR-00088-MHT |
| | ) | WO |
| GREG EZELL | | |

**ORDER**

On July 18, 2006, the court conducted an initial appearance for the defendant, Greg Ezell, pursuant to Fed. R. Crim. P. 32.1. After determining the defendant's eligibility, the court appointed as his counsel Assistant Federal Defender Michael Peterson, and pursuant to their consultation, the defendant waived his right to a preliminary hearing and requested a revocation hearing. The court finds, therefore, that the *Petition* filed July 14, 2006, construed as a *Motion* (Doc. 577) sufficiently sets forth probable cause to believe that the violations therein alleged (nos. 1 and 2) have occurred; the court declines any finding on violation no. 3.

After due consideration of oral arguments by counsel and the recommendation of the supervising probation officer, the court concurs with the probation officer's recommendation that the defendant be detained pending the revocation hearing. It is, therefore, **ORDERED** that the defendant is remanded to the custody of the United States Marshal pending the revocation hearing before District Judge Myron H. Thompson..

Done this 19th day of July, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE