AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
            Sheet 1

# UNITED STATES DISTRICT COURT

## Middle District of Alabama

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| GREG EZELL | Case No.    2:99cr88-03-MHT |
|  | USM No.    10503-002 |
|  | Michael J. Petersen |
|  | Defendant's Attorney |

**THE DEFENDANT:**

X    admitted guilt to violation of condition(s)    1-5 of the Amended Petition    filed 4/7/08 of the term of supervision.

☐    was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant has used an unlawful controlled substance. | 1/28/08 |
| 2 | The defendant has not supported his dependants and meet other family responsibilities. | 4/7/2008 |
| 3 | The defendant has not worked regularly at a lawful occupation. | 3/18/2008 |
| 4 | The defendant failed to notify the PO of any change in employment. | 3/18/2008 |
| 5 | The defendant failed to participate in a program of drug testing as directed by the probation officer. | 3/31/2008 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐    The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 0800

Defendant's Year of Birth:    1972

City and State of Defendant's Residence:
Tuskegee, Alabama

April 24, 2008
Date of Imposition of Judgment

Signature of Judge

MYRON H. THOMPSON, U.S. DISTRICT JUDGE
Name and Title of Judge

4/29/2008
Date



AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT:      GREG EZELL
CASE NUMBER:    3:99cr88-03-MHT

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :
18 Months. Pursuant to 18 USC 3553(c)(2), the sentence is being imposed at 18 months for the following reasons: to allow the defendant an opportunity to participate in an intensive drug treatment program while in the Federal Bureau of Prisons; to reflect the seriousness of the offense; to promote respect for the law; to provide just punishment for the violation offenses; to afford adequate deterrence to criminal conduct; and to protect the public from further crimes of the defendant.

X   The court makes the following recommendations to the Bureau of Prisons:
    1. The court recommends that the defendant be designated to a facility where intensive residential drug treatment is available.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
    ☐   at _____  ☐ a.m.  ☐ p.m.  on _____ .
    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐   before 2 p.m. on _____ .
    ☐   as notified by the United States Marshal.
    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL